FILED

Apr 05 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF ALEJANDRO TOLEDO MANRIQUE | Case No. 19-mj-71055-MAG-1 (TSH)<br><br>**ORDER OF COMMITMENT FOR THE U.S. MARSHAL TO TAKE ALEJANDRO TOLEDO MANRIQUE INTO CUSTODY (18 U.S.C. § 3184)**<br><br>Re: Dkt. No. 211 |

On September 28, 2021, the Court certified to the Secretary of State that Alejandro Toledo is extraditable. ECF No. 188. Toledo challenged the certification order through a petition for a writ of habeas corpus, which Judge Beeler denied on April 22, 2022. *See Manrique v. O'Keefe*, No. 21-cv-08395, ECF No. 17. Toledo filed an appeal of that decision with the U.S. Court of Appeals for the Ninth Circuit. *See Manrique v. Kolc*, No. 22-15705. Toledo sought a stay of extradition pending resolution of his appeal from both Judge Beeler and the Ninth Circuit. They both denied the request. *See Manrique v. Kolc*, No. 22-15705, ECF No. 22 (9th Cir. Oct. 19, 2022); *Manrique v. O'Keefe*, No. 21-cv-08395, ECF No. 30 (N.D. Cal. June 13, 2022).

On February 21, 2023, the Secretary of State, acting through the Deputy Secretary of State, decided to grant the extradition request and issued a warrant authorizing Toledo's surrender to Peru on the charges for which he is sought. The following day the government filed the present motion to revoke Toledo's bail and remand him to custody. ECF No. 211. Toledo renewed his motion for a stay before Judge Beeler, who denied it but granted a temporary stay to remain in effect "until the Ninth Circuit rules on the petitioner's stay motion." *Manrique v. O'Keefe*, No. 21-cv-08395, ECF No. 36. Toledo also renewed his stay motion before the Ninth Circuit, which denied it in a published opinion filed this morning. *Manrique v. Kolc*, __ F.4th __, No. 22-15705, 2023 WL 2780352 (9th Cir. April 5, 2023). The Court now grants the government's motion.

To effectuate an extradition, two different warrants are required: a warrant to take the extraditee into custody, and a warrant to surrender the person to the foreign government. This Court issues the first warrant, and the Secretary of State issues the second one. *See* 18 U.S.C. §§ 3184, 3186. Now that the Court has certified Toledo's extraditability, and the Secretary has determined he will extradite and has issued the surrender warrant, and the Ninth Circuit has denied the request for a stay, there is no reason not to effectuate the extradition. The government has advised that Toledo takes the position that today's order by the Ninth Circuit is temporarily stayed by Federal Rule of Appellate Procedure 41 and that Toledo plans to file a motion for an additional stay with the Ninth Circuit. ECF No. 220. The Court does not see how F.R.A.P. 41 could be applicable, as it concerns the mandate and staying the mandate, whereas the Ninth Circuit denied a request to stay extradition; it did not issue a decision resolving Toledo's appeal, which is what a mandate would follow. It is also clear that the panel expected that the effect of its denial of the stay request is that Toledo will be extradited. In considering the four factors relevant to a stay motion, the panel found that "[i]rreparable injury is obvious: Once extradited, Toledo's appeal will be moot." *Manrique*, 2023 WL 2780352, at *3. The Ninth Circuit has now twice denied Toledo's motion for a stay. Its second denial is a published order fully analyzing Toledo's arguments on appeal and concluding that he has not shown a likelihood of success. This Court has no expectation that any further stay orders are forthcoming.

Accordingly, pursuant to 18 U.S.C. § 3184, the Court **WARRANTS** that Toledo shall be committed to a proper jail, there to remain until his surrender to Peruvian authorities shall be made. The Court **REVOKES** Toledo's bail and **REMANDS** him to the custody of the U.S. Marshal. The Court **ORDERS** Toledo to surrender to the Marshal on April 7, 2023 at 9:00 a.m. at 450 Golden Gate Avenue, San Francisco, California on the 20th floor.

**IT IS SO ORDERED.**

Dated: April 5, 2023

THOMAS S. HIXSON
United States Magistrate Judge